1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10
11   GAO PENG,                          )   Case No. EDCV 15-1513 MWF(JC)
                                        )
12              Petitioner,             )
                                        )
13        v.                            )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS, AND
14   THOMAS W. HUSSEY, et al.,          )   RECOMMENDATIONS OF UNITED
                                        )   STATES MAGISTRATE JUDGE
15              Respondents.            )
     _____        )
16
17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18   Habeas Corpus pursuant to 28, United States Code, section 2241 ("Petition"), and

19   all of the records herein, including the Report and Recommendation of United

20   States Magistrate Judge ("Report and Recommendation").  The Court approves and

21   accepts the Report and Recommendation.

22        IT IS ORDERED that Judgment be entered denying the Petition and

23   dismissing this action without prejudice for lack of prosecution.

24   ///
25   ///
26   ///
27   ///
28   ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and on

3  counsel for respondents.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  November 30, 2015

7

8  _____

9  MICHAEL W. FITZGERALD
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28