UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAO PENG, | ) | Case No. EDCV 15-1513 MWF(JC) |
| Petitioner, | ) ) | (PROPOSED) |
| v. | ) ) | JUDGMENT |
| THOMAS W. HUSSEY, et al., | ) ) ) | |
| Respondents. | ) | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: November 30, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE